1  WILSON TURNER KOSMO LLP
   MERYL C. MANEKER (188342)
2  LETICIA C. BUTLER (253345)
   OLIVIA J. MINER (306546)
3  402 West Broadway, Suite 1600
   San Diego, California 92101
4  Telephone: (619) 236-9600
   E-mail: mmaneker@wilsonturnerkosmo.com
5  E-mail: lbutler@wilsonturnerkosmo.com
   E-mail: ominer@wilsonturnerkosmo.com
6

7  STEVENS & LEE
   ROBERT PAUL DONOVAN (*Admitted Pro Hac Vice*)
8  669 River Drive, Suite 201
   Elmwood Park, New Jersey 07407
9  Telephone: (201) 857-6778
   E-mail: robert.donovan@stevenslee.com
10

11 STEVENS & LEE
   NICHOLAS HOWARD PENNINGTON (*Admitted Pro Hac Vice*)
12 620 Freedom Business Center Drive, Suite 200
   King of Prussia, Pennsylvania 19406
13 Telephone: (610) 205-6352
   E-mail: nicholas.pennington@stevenslee.com
14

15 Attorneys for Defendant
   ARIZONA BEVERAGES USA LLC
16

17            **UNITED STATES DISTRICT COURT**

18           **SOUTHERN DISTRICT OF CALIFORNIA**

| 19 | JACOB SCHEIBE, individually and on behalf of all those similarly situated, | Case No. 3:23-cv-00998-RBM-BLM |
|---|---|---|
| 20 | Plaintiff, | **DEFENDANT'S NOTICE OF MOTION TO DISMISS COMPLAINT OR TO STAY ACTION UNDER FED. R. CIV. P. 12(b)(1) AND 12(b)(6); NO ORAL ARGUMENT UNLESS ORDERED BY THE COURT** |
| 21 | v. | |
| 22 | ARIZONA BEVERAGES USA, LLC, a Delaware limited liability company, | |
| 23 | | |
| 24 | Defendant. | Motion Hearing: September 25, 2023 |
| 25 | | Judge: Hon. Ruth Bermudez Montenegro<br>Courtroom: 5B |
| 26 | | Magistrate: Hon. Barbara L. Major<br>Courtroom: Suite 1110 |
| 27 | | Trial Date: Not Set<br>Complaint Filed: May 30, 2023 |
| 28 | | |

-1-                      Case No. 3:23-cv-00998-RBM-BLM

**TO PLAINTIFF AND PLAINTIFF'S ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on September 25, 2023, or as soon thereafter as the matter may be heard, before the Honorable Ruth Bermudez Montenegro, United States District Judge, at the Edward J. Schwartz United States Courthouse, Courtroom 5B, 221 West Broadway, San Diego, California, 92101, defendant, Arizona Beverages USA LLC ("Defendant"), will and hereby does move to dismiss Plaintiff's complaint, and each cause of action asserted therein, or otherwise stay this action, pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), on the following grounds:

1. The first-to-file doctrine authorizes a dismissal of the complaint, or a stay of this action, due the pendency of two previously filed Federal Court actions, pending in the Northern District of California and the District of Maryland, Northern Division, respectively, that are substantially similar to the within action, such that allowing the within case to proceed would result in an unnecessary utilization of this Court's resources and may result in inconsistent rulings.

2. All the claims pled within the Complaint, in Counts One through Seven, lack the particularity required under Fed R. Civ. P. 9(b).

3. Plaintiff lacks standing under Article III to seek injunctive relief because he does not plausibly allege any real and immediate threat of future harm.

4. All Plaintiff's claims are expressly preempted by the Federal Food, Drug and Cosmetic Act ("FDCA"), as amended by the Nutrition Labeling and Education Act (Public Law 101-535, 104 Stat. 2352, Nov. 8, 1990) ("NLEA"), which governs the labeling of a chemical preservative. *See* 21 U.S.C. § 343-1(a)(3).

5. The first, second and third causes of action, for violation of the Unfair Competition Law, Business & Professions Code §17200 ("UCL"), fail to plead facts that would establish that a "reasonable consumer" is likely to be deceived by Defendant's conduct.

6. The first cause of action, for violation of the unfair prong of the UCL, fails to allege facts that would constitute unfair conduct based upon any of the generally recognized standards under California law.

7. The third cause of action, for violation of the unlawful prong of the UCL, lacks assertions of a predicate violation of any substantive law.

8. The fifth cause of action, for violations of the California Consumer Legal Remedies Act, Civil Code § 1750, *et seq.* ("CLRA"), which asserts that Defendant "deceptively failed to reveal facts," fails to allege any circumstances that would create a duty to disclose.

9. Plaintiff fails to state a claim for equitable relief, in the form of restitution and/or unjust enrichment, due to the failure to plead that an inadequate remedy at law exists.

10. Plaintiff's unjust enrichment claim, in Count Six, fails because: (a) California does not recognize this cause of action; (b) it is duplicative of other claims in the Complaint; and (c) is insufficiently pled.

This motion is made following the pre-motion conferences of counsel that took place on July 11, 2023 and July 31, 2023.

This motion is based upon this Notice of Motion, the accompanying memorandum of points and authorities, Defendant's Request for Judicial Notice, all exhibits, the record in this action, and all matters in which the Court may take notice and any arguments presented at the time of hearing.

Dated: August 11, 2023       **STEVENS & LEE**

By: */s/ Robert P. Donovan*
ROBERT PAUL DONOVAN
NICHOLAS HOWARD PENNINGTON

**WILSON TURNER KOSMO LLP**
MERYL C. MANEKER
LETICIA C. BUTLER
OLIVIA J. MINER
Attorneys for Defendant,
Arizona Beverages USA LLC